Certificate Number: 05781-PAM-DE-036563793

Bankruptcy Case Number: 22-00849



05781-PAM-DE-036563793

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 22, 2022, at 10:43 o'clock AM PDT, David French completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 22, 2022  By: /s/Allison M Geving

Name: Allison M Geving

Title: President