Certificate Number: 05781-PAM-DE-036563794

Bankruptcy Case Number: 22-00849


05781-PAM-DE-036563794

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 22, 2022, at 10:43 o'clock AM PDT, Donna French completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 22, 2022

By: /s/Allison M Geving

Name: Allison M Geving

Title: President