UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X
:
IN RE: : CASE NO.: 22-00849-HWV
: CHAPTER: 13
David Earl French aka Dave E French, :
Donna Marie French : **NOTICE OF APPEARANCE**
:
Debtor. : HON. JUDGE.: Henry W. Van Eck
:
:
:
:
:
:
------------------------------------------------------------------X

     PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf Select Portfolio Servicing, Inc as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

                      FRIEDMAN VARTOLO, LLP
                      Attorneys for Select Portfolio Servicing, Inc
                      1325 Franklin Avenue, Suite 160
                      Garden City, NY 11530
                      bankruptcy@FriedmanVartolo.com

     **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: May 24, 2022
      Garden City, New York

By: /s/Lauren M. Moyer
Lauren M. Moyer, Esq.
FRIEDMAN VARTOLO, LLP
Attorneys for Select Portfolio Servicing, Inc
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------X
: 
IN RE:                                             : CASE NO.: 22-00849-HWV
                                                   : CHAPTER: 13
David Earl French aka Dave E French,               :
Donna Marie French                                 : **NOTICE OF APPEARANCE**
,                                                  :
                                                   : HON. JUDGE.: Henry W. Van Eck
Debtor.                                            :
                                                   :
                                                   :
                                                   :
                                                   :
                                                   :
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On May  24 , 2022, I caused to be served a true copy of the annexed **NOTICE OF APPEARANCE by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/Lauren M. Moyer

FRIEDMAN VARTOLO LLP

1325 Franklin Avenue, Ste. 160

Garden City, New York 11530

T: (212) 471-5100

F: (212) 471-5150

<u>**S**ERVICE **L**IST</u>

**David Earl French**
*aka* **Dave E. French**
2128 Jefferson Road
Spring Grove, PA 17362

**Donna Marie French**
2128 Jefferson Road
Spring Grove, PA 17362
 *Debtor*

**Gary J Imblum**
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
*Debtor's Attorney*

**Jack N Zaharopoulos (Trustee)**
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Trustee*

*Asst. U.S. Trustee*
**United States Trustee**
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
*U.S. Trustee*