United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                             Case No. 22-00849-HWV

David Earl French                                         Chapter 13

Donna Marie French

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                Page 1 of 2
Date Rcvd: Jun 01, 2022                      Form ID: ntnew341                          Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Earl French, Donna Marie French, 2128 Jefferson Road, Spring Grove, PA 17362-8011 |
| 5473678 | + | Aes Members 1st FCU, Attn: Bankruptcy, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5473680 | + | Columbia Gas, PO Box 70285, Philadelphia, PA 19176-0285 |
| 5473682 | + | Dr. Matthew Zeiders Family Dentistr, 245 Baltimore Street, Hanover, PA 17331-3260 |
| 5473683 | + | Firststate Financial Services Corp., PO Box 5827, Reading, PA 19610-5827 |
| 5473686 | + | Martin Foot and Ankle, 2300 Pleasant Valley Road, York, PA 17402-9627 |
| 5473688 | + | OM Medical Group, 718 South Main Street, Red Lion, PA 17356-2605 |
| 5473689 | + | Penn State Hershey Medical Center, c/o Bureau of Account Management, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5473690 | + | Republic Services, PO Box 9001099, Louisville, KY 40290-1099 |
| 5473692 | + | Tarik Jbarah, DMD, c/o Bureau of Account Management, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5473693 | + | UPMC in Central PA, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5473694 | + | WellSpan Health, PO Box 645734, Cincinnati, OH 45264-5734 |
| 5473695 | + | York County Tax Claim Bureau, 28 East Market Street, Room 105, York, PA 17401-1587 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5473679 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2022 18:49:38 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5473681 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 01 2022 19:00:14 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5473684 | + | Email/Text: bankruptcy@usecapital.com | Jun 01 2022 18:47:00 | Hanover Dental Care, c/o Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 5473676 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 01 2022 18:47:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5473685 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 01 2022 18:47:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5473687 | + | Email/PDF: pa_dc_claims@navient.com | Jun 01 2022 18:49:52 | Navient Solutions Inc, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5473677 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 01 2022 18:47:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5476571 | + | Email/Text: bkenotice@rushmorelm.com | Jun 01 2022 18:47:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5473691 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 01 2022 18:47:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 David Earl French gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Donna Marie French gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Earl French,
aka Dave E. French,

**Debtor 1**

Donna Marie French,

**Debtor 2**

Chapter 13

Case No. 1:22−bk−00849−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: June 23, 2022<br>Time: 10:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CourtneyWojtowicz, Deputy Clerk

Date: June 1, 2022

ntnew341 (04/18)