| French, Donna M | | | ID: 102703 | | Direct Deposit # D000264266 | |
|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance Date as of: | |
| 04/29/2022 | | 1,027.68 | | 10,636.95 | 04/15/2022 | |
| MAR | EX | ADD FED | Emergency | Personal | Sick | |
| S | 1 | 0.00 | 0.000 | 1.000 | 1.000 | |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount |
| Hours | | | 50.50 | 0.00 | 1.50 | 20.35 | 1,027.68 |

| Spring Grove Area School Dist | | | |
|---|---|---|---|
| Deduction | Pay | YTD Gross | YTD W/H |
| Federal Tax | 56.40 | 8,196.92 | 465.17 |
| Soc. Sec. Tax | 63.72 | 8,861.75 | 549.44 |
| Medicare Tax | 14.90 | 8,861.75 | 128.49 |
| PA State Tax | 31.55 | 8,861.75 | 272.06 |
| UC Tax | 0.62 | 10,636.95 | 6.39 |
| Retirement -TC | 64.23 | 10,636.95 | 664.83 |
| Local EIT | 10.28 | 8,861.75 | 88.61 |
| LST | 2.00 | | 18.00 |
| AFCAN | 0.00 | | 446.40 |
| AFLIF | 0.00 | | 436.80 |
| FLEX | 0.00 | | 320.00 |
| PPO20 | 0.00 | | 981.52 |
| VolDis | 0.00 | | 104.64 |
| VVIS EE/SP | 0.00 | | 27.28 |
| Net Pay | | | 783.98 |

**Word of the day: Procaffeinating (pro-kaf-e-nate-ing) verb. To put off doing anything until you've had a cup of coffee**

Bank Information

SOVEREIGN/SANTANDER BANK          C          783.98

Direct Deposit # D000264266
| Date | 04/29/2022 |
| Amount | $783.98 |

DONNA M FRENCH
2128 JEFFERSON RD
SPRING GROVE PA  17362

| French, Donna M | | ID: 102703 | | Direct Deposit # D000263689 | | Spring Grove Area School Dist | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | Gross Wages | | YTD Wages | Abs. Balance Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 04/15/2022 | 1,465.20 | | 9,609.27 | 04/01/2022 | Federal Tax | 78.99 | 7,233.47 | 408.77 |
| MAR EX ADD FED | Emergency | Personal | | Sick | Soc. Sec. Tax | 77.08 | 7,834.07 | 485.72 |
| S 1 0.00 | 0.000 | 1.000 | | 0.000 | Medicare Tax | 18.03 | 7,834.07 | 113.59 |
| Payment Type | Reg | OT | Fctr Rate | Amount | PA State Tax | 38.17 | 7,834.07 | 240.51 |
| Hours | 72.00 | 0.00 | 1.50 20.35 | 1,465.20 | UC Tax | 0.88 | 9,609.27 | 5.77 |
| | | | | | Retirement -TC | 91.58 | 9,609.27 | 600.60 |
| | | | | | Local EIT | 12.43 | 7,834.07 | 78.33 |
| | | | | | LST | 2.00 | | 16.00 |
| | | | | | AFCAN | 55.80 | | 446.40 |
| | | | | | AFLIF | 54.60 | | 436.80 |
| | | | | | FLEX | 40.00 | | 320.00 |
| | | | | | PPO20 | 122.69 | | 981.52 |
| | | | | | VolDis | 13.08 | | 104.64 |
| | | | | | WIS EE/SP | 3.41 | | 27.28 |
| | | | | | | Net Pay | | 856.46 |

**I was going to to tell you a joke about an egg, but it's not all it's cracked up to be!**

Bank Information
SOVEREIGN/SANTANDER BANK          C       856.46

Direct Deposit # D000263689
Date  04/15/2022
Amount  $856.46

DONNA M FRENCH
2128 JEFFERSON RD
SPRING GROVE PA  17362

| French, Donna M | | ID: 102703 | | Direct Deposit # D000263115 | | Spring Grove Area School Dist | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 04/01/2022 | | 1,297.31 | | 8,144.07 | 03/18/2022 | Federal Tax | 60.11 | 6,081.75 | 329.78 |
| MAR | EX ADD FED | Emergency | Personal | Sick | | Soc. Sec. Tax | 66.68 | 6,590.77 | 408.64 |
| S | 1 0.00 | 0.000 | 2.000 | 0.000 | | Medicare Tax | 15.59 | 6,590.77 | 95.56 |
| Payment Type | | Reg | OT Fctr | Rate | Amount | PA State Tax | 33.02 | 6,590.77 | 202.34 |
| Hours | | 63.75 | 0.00 1.50 | 20.35 | 1,297.31 | UC Tax | 0.78 | 8,144.07 | 4.89 |
| | | | | | | Retirement -TC | 81.08 | 8,144.07 | 509.02 |
| | | | | | | Local EIT | 10.75 | 6,590.77 | 65.90 |
| | | | | | | LST | 2.00 | | 14.00 |
| | | | | | | AFCAN | 55.80 | | 390.60 |
| | | | | | | AFLIF | 54.60 | | 382.20 |
| | | | | | | FLEX | 40.00 | | 280.00 |
| | | | | | | PPO20 | 122.69 | | 858.83 |
| | | | | | | VolDis | 13.08 | | 91.56 |
| | | | | | | WIS EE/SP | 3.41 | | 23.87 |
| | | | | | | Net Pay | | | 737.72 |

**Joke of the Day
Why did the math book look so sad?
Because of all of its problems! **

Bank Information
SOVEREIGN/SANTANDER BANK           C      737.72

Direct Deposit # D000263115
Date  04/01/2022
Amount  $737.72

DONNA M FRENCH
2128 JEFFERSON RD
SPRING GROVE PA  17362

| French, Donna M | | ID: 102703 | Direct Deposit # D000262544 | | Spring Grove Area School Dist | | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | YTD Wages | Abs. Balance Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 03/18/2022 | | 1,063.29 | 6,846.76 | 03/04/2022 | Federal Tax | 36.30 | 5,087.42 | 269.67 |
| MAR | EX | ADD FED | Emergency Personal | Sick | Soc. Sec. Tax | 52.17 | 5,515.36 | 341.96 |
| S | 1 | 0.00 | 1.000 2.000 | 0.000 | Medicare Tax | 12.20 | 5,515.36 | 79.97 |
| Payment Type | | | Reg OT Fctr | Rate Amount | PA State Tax | 25.83 | 5,515.36 | 169.32 |
| Hours | | | 52.25 0.00 1.50 | 20.35 1,063.29 | UC Tax | 0.64 | 6,846.76 | 4.11 |
| | | | | | Retirement -TC | 66.46 | 6,846.76 | 427.94 |
| | | | | | Local EIT | 8.41 | 5,515.36 | 55.15 |
| | | | | | LST | 2.00 | | 12.00 |
| | | | | | AFCAN | 55.80 | | 334.80 |
| | | | | | AFLIF | 54.60 | | 327.60 |
| | | | | | FLEX | 40.00 | | 240.00 |
| | | | | | PPO20 | 122.69 | | 736.14 |
| | | | | | VolDis | 13.08 | | 78.48 |
| | | | | | WIS EE/SP | 3.41 | | 20.46 |
| | | | | | Net Pay | | | 569.70 |

**Joke of the Day
Why do Peppers make such good archers?
Because they Habanero!**

Bank Information
SOVEREIGN/SANTANDER BANK                         C       569.70

Direct Deposit # D000262544
Date | 03/18/2022
Amount | $569.70

DONNA M FRENCH
2128 JEFFERSON RD
SPRING GROVE PA 17362