United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David Earl French  
Donna Marie French  
    Debtors

Case No. 22-00849-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jul 19, 2022      Form ID: ntcnfhrg      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Earl French, Donna Marie French, 2128 Jefferson Road, Spring Grove, PA 17362-8011 |
| cr | + | Select Portfolio Servicing, Inc. as Servicer for U, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5473678 | + | Aes Members 1st FCU, Attn: Bankruptcy, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5473680 | + | Columbia Gas, PO Box 70285, Philadelphia, PA 19176-0285 |
| 5473682 | + | Dr. Matthew Zeiders Family Dentistr, 245 Baltimore Street, Hanover, PA 17331-3260 |
| 5473683 | + | Firststate Financial Services Corp., PO Box 5827, Reading, PA 19610-5827 |
| 5473686 | + | Martin Foot and Ankle, 2300 Pleasant Valley Road, York, PA 17402-9627 |
| 5484578 | | Members 1st FCU, POB 8893, Camp Hill, PA 17001-8893 |
| 5473688 | + | OM Medical Group, 718 South Main Street, Red Lion, PA 17356-2605 |
| 5473689 | + | Penn State Hershey Medical Center, c/o Bureau of Account Management, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5473690 | + | Republic Services, PO Box 9001099, Louisville, KY 40290-1099 |
| 5473692 | + | Tarik Jbarah, DMD, c/o Bureau of Account Management, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5480805 | + | UPMC Pinnacle, c/o Bureau of Account Management, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5473693 | + | UPMC in Central PA, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5473694 | + | WellSpan Health, PO Box 645734, Cincinnati, OH 45264-5734 |
| 5473695 | + | York County Tax Claim Bureau, 28 East Market Street, Room 105, York, PA 17401-1587 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5482678 | + | Email/PDF: pa_dc_ed@navient.com | Jul 19 2022 18:46:46 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5473679 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2022 18:46:37 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5481887 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2022 18:46:37 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5473681 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 19 2022 18:46:39 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5473684 | + | Email/Text: bankruptcy@usecapital.com | Jul 19 2022 18:47:00 | Hanover Dental Care, c/o Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 5473676 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 19 2022 18:47:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5473685 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 19 2022 18:47:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5482750 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2022 18:46:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5473687 | + | Email/PDF: pa_dc_claims@navient.com | Jul 19 2022 18:46:46 | Navient Solutions Inc, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |

| | | | |
| --- | --- | --- | --- |
| 5473677 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2022 18:47:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5476571 | + Email/Text: bkenotice@rushmorelm.com | Jul 19 2022 18:47:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5473691 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 19 2022 18:47:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5484733 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 19 2022 18:47:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Gary J Imblum | on behalf of Debtor 1 David Earl French gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Donna Marie French gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor Select Portfolio Servicing  Inc. as Servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Ba lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David Earl French,<br>aka Dave E. French, | Chapter 13 |
| **Debtor 1** | Case No. 1:22−bk−00849−HWV |
| Donna Marie French, | |
| **Debtor 2** | |

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**August 17, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: August 24, 2022<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 19, 2022 |

ntcnfhrg (08/21)