# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

David Earl French, aka Dave E. French
Donna Marie French

CASE NO: 1:22-bk-00849 HWV

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 10/28/2022, I did cause a copy of the following documents, described below,

Order Confirming 1st Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/28/2022

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA  17111
717 538 5250
sharlene.miller@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

David Earl French, aka Dave E. French
Donna Marie French

CASE NO: 1:22-bk-00849 HWV

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/28/2022, a copy of the following documents, described below,

Order Confirming 1st Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/28/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA 17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Earl French,
aka Dave E. French,

**Debtor 1**

Donna Marie French,

**Debtor 2**

Chapter 13

Case No. 1:22-bk-00849-HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on September 14, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 27, 2022

orcnfpln(05/18)

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL  (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                                                                              EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING   SELECT PORTFOLIO SERVICING  INC AS                 (U)US BANK NATIONAL ASSOCIATION  NOT I
NCRS ADDRESS DOWNLOAD                SERVICER                                           ITS I
CASE 122-BK-00849 HWV                CO FRIEDMAN VARTOLO  LLP
MIDDLE DISTRICT OF PENNSYLVANIA      1325 FRANKLIN AVENUE  SUITE 160
FRI OCT 28 8-14-15 PST 2022          GARDEN CITY  NY 11530-1631


EXCLUDE
US BANKRUPTCY COURT                  AES MEMBERS 1ST FCU                               AIDVANTAGE ON BEHALF OF
RONALD REAGAN FEDERAL BUILDING       ATTN BANKRUPTCY                                   DEPARTMENT OF EDUCATION LOAN SERVICES
228 WALNUT ST  RM 320                PO BOX 40                                         PO BOX 9635
HARRISBURG  PA 17101-1737            MECHANICSBURG  PA 17055-0040                      WILKES-BARRE PA 18773-9635


CAPITAL ONE                          CAPITAL ONE BANK (USA)  NA                        COLUMBIA GAS
ATTN BANKRUPTCY                      BY AMERICAN INFOSOURCE AS AGENT                   PO BOX 70285
PO BOX 30285                         PO BOX 71083                                      PHILADELPHIA  PA 19176-0285
SALT LAKE CITY  UT 84130-0285        CHARLOTTE  NC  28272-1083


CREDIT ONE BANK                      DR MATTHEW ZEIDERS FAMILY DENTISTR                FIRSTSTATE FINANCIAL SERVICES CORP
ATTN BANKRUPTCY DEPARTMENT           245 BALTIMORE STREET                              PO BOX 5827
PO BOX 98873                         HANOVER  PA 17331-3260                            READING  PA 19610-5827
LAS VEGAS  NV 89193-8873


HANOVER DENTAL CARE                  INTERNAL REVENUE SERVICE                          KOHLSCAPITAL ONE
CO CAPITAL ACCOUNTS                  POB 7346                                          ATTN CREDIT ADMINISTRATOR
PO BOX 140065                        PHILADELPHIA  PA 19101-7346                       PO BOX 3043
NASHVILLE  TN 37214-0065                                                               MILWAUKEE  WI 53201-3043


LVNV FUNDING  LLC                    MARTIN FOOT AND ANKLE                             MEMBERS 1ST FCU
RESURGENT CAPITAL SERVICES           2300 PLEASANT VALLEY ROAD                         POB 8893
PO BOX 10587                         YORK  PA 17402-9627                               CAMP HILL  PA  17001-8893
GREENVILLE  SC 29603-0587


NAVIENT SOLUTIONS INC                OM MEDICAL GROUP                                  PA DEPT OF REVENUE
ATTN BANKRUPTCY                      718 SOUTH MAIN STREET                             ATTN  BANKRUPTCY DIVISION
PO BOX 9500                          RED LION  PA 17356-2605                           DEPT 280946
WILKES-BARRE  PA 18773-9500                                                            HARRISBURG  PA 17128-0946


PENN STATE HERSHEY MEDICAL CENTER    REPUBLIC SERVICES                                 RUSHMORE LOAN MANAGEMENT SERVICES
CO BUREAU OF ACCOUNT MANAGEMENT      PO BOX 9001099                                    PO BOX 55004
PO BOX 8875                          LOUISVILLE  KY 40290-1099                         IRVINE  CA 92619-5004
CAMP HILL  PA 17001-8875


SELECT PORTFOLIO SERVICING  INC      SELECT PORTFOLIO SERVICING  INC                   TARIK JBARAH  DMD
ATTN BANKRUPTCY                      PO BOX 65250                                      CO BUREAU OF ACCOUNT MANAGEMENT
PO BOX 65250                         SALT LAKE CITY  UT 84165-0250                     PO BOX 8875
SALT LAKE CITY  UT 84165-0250                                                          CAMP HILL  PA 17001-8875
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

UPMC PINNACLE
CO BUREAU OF ACCOUNT MANAGEMENT
PO BOX 8875
CAMP HILL  PA 17001-8875

UPMC IN CENTRAL PA
PO BOX 826813
PHILADELPHIA  PA 19182-6813

UNITED STATES TRUSTEE
228 WALNUT STREET  SUITE 1190
HARRISBURG  PA 17101-1722

WELLSPAN HEALTH
PO BOX 645734
CINCINNATI  OH 45264-5734

YORK COUNTY TAX CLAIM BUREAU
28 EAST MARKET STREET  ROOM 105
YORK  PA 17401-1587

DEBTOR
DAVID EARL FRENCH
2128 JEFFERSON ROAD
SPRING GROVE  PA 17362-8011

DONNA MARIE FRENCH
2128 JEFFERSON ROAD
SPRING GROVE  PA 17362-8011

EXCLUDE
GARY J IMBLUM
IMBLUM LAW OFFICES  PC
4615 DERRY STREET
HARRISBURG  PA 17111-2660

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

info@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

Brian C Nicholas
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

(Creditor)
represented by:
Lauren Marie Moyer
Friedman Vartolo, LLP
1325 Franklin Ave.
Ste. 160
Garden City, NY 11530

lmoyer@friedmanvartolo.com

(Creditor)
Select Portfolio Servicing, Inc. as
Servicer for U.S. Bank National
Association, not in its individual
capacity but solely as indenture
trustee, for the holders of the CIM
Trust 2021-R1, Mortgage-Ba
c/o Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
represented by:
Lauren Marie Moyer
Friedman Vartolo, LLP
1325 Franklin Ave.
Ste. 160
Garden City, NY 11530

lmoyer@friedmanvartolo.com

Donna Marie French
2128 Jefferson Road
Spring Grove, PA 17362
(Debtor 2)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com

David Earl French
2128 Jefferson Road
Spring Grove, PA 17362
(Debtor 1)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com