LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
DAVID EARL FRENCH
aka DAVE E. FRENCH
DONNA MARIE FRENCH

: CHAPTER __13__

: CASE NO. _1_-_22_-bk-_00849-HWV_

Debtor(s)

SELECT PORTFOLIO SERVICING, INC. as Servicer for U.S. Bank National Association, not in its Individual Capacity but Solely as Indenture Trustee for the Holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1

: ADVERSARY NO. __-__ ap-_____
: (if applicable)

Plaintiff(s)/Movant(s)
vs.
DAVID EARL FRENCH
aka DAVE E. FRENCH
DONNA MARIE FRENCH

: Nature of Proceeding: Motion for Relief

Defendant(s)/Respondent(s)

: Document #: 42 & 46

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Counsel for Debtors and counsel for Movant continue to negotiate and request a 30 day continuance.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _11/10/2022_

_____
Attorney for Debtors
Name: Gary J. Imblum, Esquire
Phone Number: 717-238-5250

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.