United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00849-HWV |
| David Earl French | Chapter 13 |
| Donna Marie French | |
|    Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: May 24, 2023     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| | ATTN PAYROLL DEPARTMENT, SPRING GROVE AREA SCHOOL DISTRICT, E. COLLECT AVENUE, E. COLLEGE AVENUE, SPRING GROVE, PA 17362 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 David Earl French gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Donna Marie French gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |

Lauren Marie Moyer
on behalf of Creditor Select Portfolio Servicing Inc. as Servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Ba lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DAVID EARL FRENCH | : | CASE NO. 1:22-bk-00849-HWV |
| aka DAVE E. FRENCH | : | |
| DONNA MARIE FRENCH | : | |
| Debtors | : | CHAPTER 13 |

ORDER

Upon consideration of the above-named Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court, the entity from whom the Debtor, **Donna Marie French**, receives income:

ATTN PAYROLL DEPARTMENT
SPRING GROVE AREA SCHOOL DISTRICT
E. COLLECT AVENUE, E. COLLEGE AVENUE
SPRING GROVE, PA 17362

(Please reference above case number on all payments)

shall deduct from said Debtor's income the sum of $277.14 from each bi-weekly paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. Said sum is subject to periodic change as necessary. Said sum is to be sent to the Trustee until further notice of change from Debtor's counsel. Remit the deductible sums to:

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
POST OFFICE BOX 6008
MEMPHIS, TN 38101-6008

IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order **49 months** from the date of this Order, if it is not terminated by an earlier Order from this Court or upon correspondence from Debtor's counsel or the Chapter 13 Trustee.

IT IS FURTHER ORDERED that the employer shall modify the Wage Attachment in the future pursuant to instructions from Debtor's counsel to do so without the necessity of further Court Order.

By the Court,

*Henry W. Van Eck* (signature)
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 24, 2023