# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

June 2, 2023

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: David & Donna French
Chapter 13 - Bankruptcy Case No. 1:22-bk-00849

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

AIDVANTAGE ON BEHALF OF
DEPARTMENT OF EDUCATION LOAN SERVICES
PO BOX 300001
GREENVILLE TX 75403-3001

The Creditor's <u>previous</u> address was as follows:

AIDVANTAGE ON BEHALF OF
DEPARTMENT OF EDUCATION LOAN SERVICES
PO BOX 9635
WILKES-BARRE PA 18773-9635

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm