IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 1:22-bk-00849-HWV |
| DAVID EARL FRENCH | : | |
| a/k/a DAVID E. FRENCH | : | CHAPTER 13 |
| DONNA MARIE FRENCH | : | |
|     Debtors | : | |
| | : | |
| U.S. BANK TRUST COMPANY, NATIONAL | : | |
| ASSOCIATION, as Trustee, as successor-in- | : | |
| interest to U.S. Bank National Association, not | : | |
| in its individual capacity but solely as indenture | : | |
| trustee, for the holders of the CIM Trust | : | |
| 2021-R1, Mortgage-Backed Notes, Series 2021-R1: | | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| DAVID EARL FRENCH | : | |
| a/k/a DAVID E. FRENCH | : | |
| DONNA MARIE FRENCH | : | |
|     Respondents | : | |

**RESPONSE TO MOTION OF U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2021-R1, MORTGAGE-BACKED NOTES, SERIES 2021-R1 FOR RELIEF FROM THE AUTOMATIC STAY**

    **AND NOW** comes Debtors, David Earl French and Donna Marie French, by and through their attorney, Gary J. Imblum, and respectfully represents:

    1.    Admitted in part and denied in part. Debtors have no knowledge. Strict proof is demanded.

    2.    Admitted.

    3.    Admitted.

    4.    Admitted in part and denied in part. Debtors have no knowledge as to the holder of the mortgage. Strict proof is demanded.

5. Admitted.

6. Admitted in part and denied in part. Debtors have no knowledge as to the servicer or the holder of the mortgage. Strict proof is demanded.

7. Admitted in part and denied in part. Debtors have no knowledge as to the payoff. Strict proof is demanded.

8. Admitted. Further, Debtors offer to cure same through an Amended Plan.

9. Admitted.

10. Denied. Debtors will make an offer in the near future to bring the post-petition arrearage current. Further, when the bankruptcy was filed in early 2022, the fair market value was $160,000.00. With the appreciation on real estate within the last few years, it is now worth considerably more. Accordingly, with a mortgage payoff of just over $150,000.00 the Movant is being provided adequate protection by the equity cushion.

11. Denied. All fees and costs associated with this Motion should be resolve as part of the resolution of the Motion.

**WHEREFORE,** Debtors respectfully request that this Honorable Court issue an Order denying U.S. Bank Trust Company's Motion for Relief From the Automatic Stay.

Respectfully submitted,

**IMBLUM LAW OFFICES, P.C.**

Gary J. Imblum
Attorney Id. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. 717 558-8990
Email: gary.imblum@imblumlaw.com
Attorney for Debtor

Dated: 7/29/24

## CERTIFICATE OF SERVICE

I, Bernadette A. Davis, Paralegal, hereby certify that I have served a copy of the foregoing RESPONSE TO MOTION OF U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2021-R1, MORTGAGE-BACKED NOTES, SERIES 2021-R1 FOR RELIEF FROM AUTOMATIC STAY on the following persons by E-Service, addressed to:

JACK ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

BRENT J. LEMON, ESQUIRE
KML LAW GROUP, P.C.
VIA E-SERVICE

IMBLUM LAW OFFICES, P.C.

*Bernadette A. Davis*
Bernadette A. Davis, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
717 238-5250
Fax No. 717 558-8990
Email: gary.imblum@imblumlaw.com

Dated: 07/29/24