UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  CASE NO.: 22-00849
CHAPTER 13

**David Earl French,**
   Debtor.

**Donna Marie French,**
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                               Robertson, Anschutz, Schneid, Crane &
                               Partners, PLLC
                               Attorney for Secured Creditor
                               130 Clinton Rd #202
                               Fairfield, NJ 07004
                               Telephone: 470-321-7112
                               Facsimile: 404-393-1425

                               By: /s/Robert Shearer
                                   Robert Shearer
                                   Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on January 28, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DAVID EARL FRENCH
2128 JEFFERSON ROAD
SPRING GROVE, PA 17362

DONNA MARIE FRENCH
2128 JEFFERSON ROAD
SPRING GROVE, PA 17362

And via electronic mail to:

IMBLUM LAW OFFICES, P.C.
4615 DERRY STREET
HARRISBURG, PA 17111

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

                                                     By: /s/ Journie Morosky